*Albert J. Oneto III*, in support of the petition.

*Maureen D. Regula*, assistant attorney general, in opposition.

Decided January 9, 2003

JONATHAN BUCHALTER *v*. ROBIN BUCHALTER

The Supreme Court docket number is SC 16906.

*Steven R. Dembo*, in support of the petition.

Decided January 9, 2003

EASTERN SAVINGS BANK *v*. JOSEPH G.
BERNIER ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Steven E. Rogers*, pro se, in support of the petition.

*Robert J. Piscitelli*, in opposition.

Decided January 9, 2003